**Paul D. POWELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 46584.

Missouri Court of Appeals,
Western District.

May 11, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 29, 1993.

Application to Transfer Denied
Aug. 17, 1993.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for postconviction relief without an evidentiary hearing.

The judgment is affirmed.   Rule 84.16(b).